JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO LIPORADA and AUREA LIPORADA, <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF THE WEST, <br><br> Defendant. | CV 12-6804 PA (CWx) <br><br> JUDGMENT |

Pursuant to the Court's October 24, 2012 Minute Order granting the Motion to Dismiss filed by defendant Bank of the West ("Defendant"), which dismissed the Complaint filed by plaintiffs Rodolfo and Aurea Liporada ("Plaintiffs"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiffs' Complaint is dismissed without prejudice for lack of subject matter jurisdiction.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that in the alternative, and to the extent Plaintiffs could be considered to have asserted a federal claim for violation of their Fourteenth Amendment rights, that claim is dismissed with prejudice and Plaintiffs' remaining state law claim is dismissed without prejudice.

. . . .

. . . .

1      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs take
2 nothing and that Defendant shall have its costs of suit.
3      IT IS SO ORDERED.

5 DATED: October 24, 2012                  _____
                                                          Percy Anderson
6                                              UNITED STATES DISTRICT JUDGE

-2-